UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENNY ROBINSON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
    _____/

Case No. 2:15-cv-11377

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION** (document no. 17)**, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** (document no. 13)**, AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** (document no. 16)

    The Social Security Administration denied Plaintiff Benny Robinson's application for disability benefits. Admin. Record, ECF No. 11. After the Social Security Appeals Council confirmed the decision to deny benefits, Robinson appealed. The Court referred the matter to Magistrate Judge Patricia T. Morris and the parties filed cross-motions for summary judgment. ECF Nos. 13, 16. Magistrate Judge Morris issued a Report and Recommendation ("Report") recommending that the Court deny Robinson's motion and grant the Commissioner's motion. Report, ECF No. 17.

    Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is only required if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound. Accordingly, the Court will adopt

the Report's findings, deny Robinson's motion for summary judgment, and grant the Commissioner's motion for summary judgment.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation (document no. 17) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (document no. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the Defendant's Motion for Summary Judgment (document no. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 17, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 17, 2016, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager